F I L E D
JUN 15 2017
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL NO. 1:17CR136 |
| v. | ) | |
| | ) | Count 1: 22 U.S.C. § 2778(b)(2) and (c) (Arms |
| FARIS AMIN MOHAMED FARIS, | ) | Export Control Act Violation) |
| Also known as Faris Faris, | ) | Count 2:   18 U.S.C. § 554 (Smuggling) and |
| Defendant. | ) | § 2 (Aiding and Abetting) |

## INDICTMENT

June 2017 TERM - at Alexandria, Virginia

## COUNT 1

(Arms Export Control Act Violation)

THE GRAND JURY CHARGES THAT:

Beginning on or about February 19, 2014, through on or about March 23, 2016, in Lorton, Virginia, within the Eastern District of Virginia and elsewhere, the defendant, FARIS AMIN MOHAMED FARIS, also known as Faris Faris and Dr. Faris, with another individual known to the Grand Jury, did willfully attempt to export and export from the United States to Sudan, without having first obtained from the Department of State a license or written authorization for such export, defense articles, to-wit; four rifles, two pistols and one shotgun, which are designated as defense articles on the United States Munitions List.

(In violation of Title 22, United States Code, Section 2778(b)(2) and 2778(c); Title 22, United States Code of Federal Regulations, Sections 127.1(a)(1), 123.1, and 126.1; Title 18, United States Code, Section 2(b).)

## COUNT 2

(Smuggling)

THE GRAND JURY FURTHER CHARGES THAT:

Beginning on or about February 19, 2014, through on or about March 23, 2016, in Lorton, Virginia, within the Eastern District of Virginia and elsewhere, the defendant, FARIS AMIN MOHAMED FARIS, also known as Faris Faris and Dr. Faris, with another individual known to the Grand Jury, fraudulently and knowingly exported and sent, and caused to be exported and sent, from the United States to Sudan, merchandise, articles, and objects, contrary to the laws and regulations of the United States, to wit: four rifles, two pistols and one shotgun, contrary to Title 22, United States Code, Section 2778(b)(2) and 2778(c), a law of the United States.

(In violation of Title 18, United States Code, Section 554.)

A TRUE BILL
Pursuant to the E-Government Act,
the original of this page has been filed
under seal in the Clerk's Office.

_____
FOREPERSON OF THE GRAND JURY

DANA J. BOENTE
UNITED STATES ATTORNEY

By: _____
Ronald L. Walutes, Jr.
Assistant United States Attorney